# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 313
:
DESIGNATION OF CHAIR AND VICE- : Disciplinary Board Appointment Docket
CHAIR OF THE DISCIPLINARY BOARD :
OF PENNSYLVANIA :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2021, John P. Goodrich, Esquire, is hereby designated as Chair, and Jerry M. Lehocky, Esquire, as Vice-Chair, of the Disciplinary Board of Pennsylvania, commencing April 1, 2021.